**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.  15-CV-24602**

| | |
|---|---|
| CARLOS G. BRITO, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NOPI ENTERPRISES, INC. d/b/a | ) |
| PIZZA RUSTICA, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## NOTICE OF SETTLEMENT

Plaintiff CARLOS BRITO, hereby notifies the Court that the parties have come to an agreement and will be filing a Stipulation of Dismissal with Prejudice upon the execution of the Settlement Agreement by all the parties.

Respectfully submitted,

By: /s/ Rafael Viego III
Rafael Viego III, Esq.
Florida Bar. No. 60967
**JOMARRON | LOPEZ**
*Counsel for Plaintiff*
4300 Biscayne Boulevard, Suite 305
Miami, Florida 33137
Tel:    (305)717-7530
Fax:    (305)717-7539
E-mail:  rviego@jltrial.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, was served on July 12, 2016, via CM/ECF upon Brett Feinstein, Esq., brett@srlawfirm.com.

By:    s/ Rafael Viego III
Rafael Viego III, Esq.
Fla Bar. No.: 60967

JOMARRON | LOPEZ
ATTORNEYS AT LAW